29,353-02

IN THE COURT OF CRIMINAL APPEALS
FOR THE DISTRICT OF TEXAS

ATTN: CHARLES RICKY CHOYCE JR.
CCA No. WR-29,353-03
TRIAL COURT CASE No. 653300

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

JULY 14, 2015

Dear Clerk,

I am requesting to know about the Docket sheet in the Original Proceeding of Nunc Pro Tunc Judgment Order. I am not asking about the Original Writ of Mandamus. I Know it was denied. Can you please send a Docket Sheet on Trial Court Case No. 653300, and CCA No. WR-29,353-03 on the Nunc Pro Tunc Judgment ORDER. Thank you for your time. Please Respond.

Sincerely,

Charles Ricky Choyce Jr. #690391
Charles Ricky Choyce Jr. #690391
George Beto Unit
1391 FM 3328
Tennessee Colony, Texas 75880